Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-343-390**

**Effective Date of Registration:**
March 02, 2023
**Registration Decision Date:**
April 25, 2023

## Title

    **Title of Work:** Hippie

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** October 20, 2016
    **Nation of 1st Publication:** Ukraine

## Author

-     **Author:** Daria Novak
    **Author Created:** 2-D artwork
    **Citizen of:** Ukraine
    **Domiciled in:** Ukraine

## Copyright Claimant

    **Copyright Claimant:** Daria Novak
    Novoselskogo str 51, app 12, Odesa, 65000, Ukraine

## Rights and Permissions

    **Name:** Daria Novak
    **Email:** danyshelest@gmail.com

## Certification

    **Name:** David Denholm
    **Date:** March 02, 2023
    **Applicant's Tracking Number:** DN2023030201

